# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:98CR00037-4 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOHN CARRINGTON,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Order, it is **ORDERED** as follows:

(1) The United States' Motion to Dismiss, ECF No. 401, is GRANTED;

(2) The defendant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255, ECF No. 391, is DISMISSED;

(3) The defendant's Motion and Renewed Motion to Stay, ECF Nos. 404 and 405, are DENIED as MOOT; and

(4) Finding that the defendant has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

ENTER: March 12, 2018

/s/ James P. Jones
United States District Judge